**Brian C. Hickman, OSB No. 031096**
bhickman@gordon-polscer.com
**GORDON & POLSCER, L.L.C.**
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225
Telephone: (503) 242-2922
Facsimile: (503) 242-1264

**Ralph C. Spooner, OSB No. 732880**
rspooner@smapc.com
**SPOONER & MUCH, P.C.**
530 Center St. NE, Suite 712
Salem, OR 97301
Telephone: (503) 378-7777
Facsimile: (503) 588-5899

*Of Attorneys for Defendant*
*State Farm Fire and Casualty Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LUJEAN YOAKAM, A.K.A. LOU JEAN YOAKAM, an Oregon resident, | Case No. 6:15-cv-00478-AA |
| Plaintiff, | **GENERAL JUDGMENT OF DISMISSAL** |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY | |
| Defendant. | |

THIS MATTER coming on or before the court on the stipulation of the attorneys for the respective parties herein, and the court being fully advised in the premises, now, therefore;

IT IS HEREBY ORDERED AND ADJUDGED that the above captioned case is dismissed with prejudice and without costs, disbursements, or attorney fees being allowed to any party.

Dated this 26th Day of February, 2018

_____
Ann Aiken
U.S. District Judge

General Judgment prepared by
RALPH C. SPOONER, OSB# 732880
Attorney for Defendant
E-mail: rspooner@smapc.com
Fax: (503) 588-5899

GENERAL JUDGMENT OF DISMISSAL                                              Page 2